UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA LANDEROS, an individual<br><br>             Plaintiffs,<br><br>  vs.<br><br>HSBC BANK USA, National Association, as trustee for Nomura Asset Acceptance Corporation Mortgage Pass Through Certificates Series, 2005-AP2; QUALITY LOAN SERVICE CORP., a California Corporation and DOES 1 through 20, Inclusive,<br><br>             Defendants. | ) Case No.:  EDCV12-1321-JVS (SPx)<br>)<br>) *Honorable Judge James V. Selna*<br>)<br>)<br>) **JUDGMENT OF DISMISSAL**<br>) **WITH PREJUDICE**<br>)<br>)<br>)<br>)<br>) **Hearing**<br>) Date:      April 8, 2013<br>) Time:      1:30 p.m.<br>) Ctrm.:     10C<br>)<br>) |

On April 8, 2013, the Motion to Dismiss of Defendant, HSBC BANK USA, N.A., AS TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-AP2 ("HSBC"), to the Second Amended Complaint of Plaintiff, ROSA LANDEROS ("Plaintiff") came before the Honorable James V. Selna. This Court having

1

[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE

1  granted HSBC's Motion to Dismiss, and ordered that the entire action be
2  dismissed as to HSBC with prejudice, hereby enters judgment as follows:

3  **IT IS SO ORDERED AND ADJUDGED** that a Judgment of Dismissal
4  with Prejudice is entered in favor of Defendant, HSBC BANK USA, N.A., AS
5  TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION
6  MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-AP2 and
7  against Plaintiff, ROSA LANDEROS.

9  **IT IS SO ORDERED.**

11 Date: April 12, 2013

   _____
   Honorable James V. Selna
   U.S. District Court Judge