1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA LANDEROS, an individual | ) Case No.:  EDCV12-1321-JVS (SPx) |
| | ) |
| | ) *Honorable Judge James V. Selna* |
| Plaintiffs, | ) |
| | ) |
| vs. | ) **JUDGMENT OF DISMISSAL** |
| | ) **WITH PREJUDICE** |
| HSBC BANK USA, National | ) |
| Association, as trustee for Nomura | ) |
| Asset Acceptance Corporation | ) |
| Mortgage Pass Through Certificates | ) |
| Series, 2005-AP2; QUALITY LOAN | ) **Hearing** |
| SERVICE CORP., a California | ) Date:     April 8, 2013 |
| Corporation and DOES 1 through 20, | ) Time:     1:30 p.m. |
| Inclusive, | ) Ctrm.:    10C |
| | ) |
| Defendants. | ) |

On April 8, 2013, the Motion to Dismiss of Defendant, HSBC BANK USA, N.A., AS TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-AP2 ("HSBC"), to the Second Amended Complaint of Plaintiff, ROSA LANDEROS ("Plaintiff") came before the Honorable James V. Selna. This Court having

granted HSBC's Motion to Dismiss, and ordered that the entire action be dismissed as to HSBC with prejudice, hereby enters judgment as follows:

**IT IS SO ORDERED AND ADJUDGED** that a Judgment of Dismissal with Prejudice is entered in favor of Defendant, HSBC BANK USA, N.A., AS TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-AP2 and against Plaintiff, ROSA LANDEROS.

**IT IS SO ORDERED.**

Date: April 12, 2013

_____
Honorable James V. Selna
U.S. District Court Judge

[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE